**No. 56978.**—American Express Co. et al. v. United States, protests 960916–G, etc. (Boston).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.